

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Joshua Wayne Zachary, Appellant

No. 06-13-00253-CR      v.

The State of Texas, Appellee

Appeal from the 294th District Court of Van Zandt County, Texas (Tr. Ct. No. CR11-00159). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to strike the court-appointed attorney's fees, and the trial court's withdrawal order is modified to show total costs, fee, fines, and restitution of $5,643.00, rather than $6,993.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Joshua Wayne Zachary, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 15, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk